NICHOLAS PALLETTE et al., Copartners under the Name of PALLETTE & SANTOS, Appellants and Respondents, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 25089.)

Argued March 9, 1944; decided April 20, 1944.

*Russell G. Hunt* and *George H. Rothlauf* for claimants-appellants and respondents.

*Nathaniel L. Goldstein, Attorney-General (Burns F. Barford, Orrin G. Judd* and *Arthur W. Mattson* of counsel), for defendant-respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.